CHARLES D. MAY, ESQ.; STATE BAR NO.: 129663
DIANA M. RIVERA, ESQ.; STATE BAR NO.: 222025

**THARPE & HOWELL, LLP**
**15250 Ventura Blvd., Ninth Floor**
**Sherman Oaks, California 91403**
(818) 205-9955; (818) 205-9944 fax
E-Mail: cmay@tharpe-howell.com
E-Mail: drivera@tharpe-howell.com

Attorneys for Defendant,
LOWE'S HOME CENTERS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TIMOTHY TRUJILLO<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC and DOES 1 to 50, Inclusive<br><br>　　　　　Defendant(s). | Case No.: 1:17-cv-00244-AWI-BAM<br><br>(Tulare County Superior Court Case No. 266814)<br><br>**ORDER ON STIPULATION TO CONTINUE SELECT EXPERT DISCOVERY DEADLINES**<br><br>Trial:　　　　　　November 6, 2018<br>Final Pre-Trial Conf.: September 7, 2018 |

///

///

///

///

///

///

///

///

///

- 1 -
**ORDER ON STIPULATION TO CONTINUE SELECT EXPERT DISCOVERY DEADLINES**

TRUJILLO V. LOWE'S HOME CENTERS, LLC, ET AL.
CASE NO.: 1:17-cv-00244-AWI-BAM

# ORDER

Having read and considered the Stipulation to Continue Select Expert Discovery Deadlines filed by the parties on March 15, 2018 (Doc. No. 19), and good cause appearing, IT IS HEREBY ORDERED THAT:

1. The expert witness disclosure deadline is continued from April 6, 2018 to **May 8, 2018**.
2. The supplemental expert disclosure deadline is continued from April 23, 2018 to **May 25, 2018**.
3. The expert witness discovery deadline is continued from June 1, 2018 to **July 6, 2018**.
4. All other dates and deadlines are to remain unchanged.

IT IS SO ORDERED.

Dated: **March 16, 2018**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE