CHARLES D. MAY, ESQ.; STATE BAR NO.: 129663
DIANA M. RIVERA, ESQ.; STATE BAR NO.: 222025

**THARPE & HOWELL, LLP**
**15250 Ventura Blvd., Ninth Floor**
**Sherman Oaks, California 91403**
(818) 205-9955; (818) 205-9944 fax
E-Mail: cmay@tharpe-howell.com
E-Mail: drivera@tharpe-howell.com

Attorneys for Defendant,
LOWE'S HOME CENTERS, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| TIMOTHY TRUJILLO<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC and DOES 1 to 50, Inclusive<br><br>　　　　　Defendant(s). | Case No.: 1:17-cv-00244-AWI-BAM<br><br>(Tulare County Superior Court Case No. 266814)<br><br>**[PROPOSED] ORDER GRANTING THE PARTIES' JOINT STIPULATION TO LIMIT PLAINTIFF'S DAMAGES AND TO REMAND** |

## ORDER

**WHEREAS,**

1. Plaintiff TIMOTHY TRUJILLO claims personal injuries and damages arising out of an incident that occurred on or about September 15, 2014 at a Lowe's retail store located at 3020 N. Demaree St., Visalia, County of Tulare, State of California. Plaintiff acknowledges that he claims damages in excess of $75,000.00.

2. On September 8, 2016, Plaintiff filed a Complaint for personal injury in the California Superior Court of Tulare County.

3. On November 17, 2016, Plaintiff filed and served his First Amended Complaint.

4. On December 7, 2016, Defendant LOWE'S HOME CENTERS, LLC filed a timely Answer to Plaintiff's First Amended Complaint in the Superior Court of California, County of Tulare.

5. On February 17, 2017, Defendant Lowe's timely filed a Notice of Removal of Action under 28 U.S.C. § 1332 & 1441(b).

6. On February 17, 2017, the case was assigned to the Honorable Barbara A. McAuliffe, U.S. Magistrate Judge of the United States District Court for the Eastern District of California. The Court set the initial Scheduling Conference for May 16, 2017.

7. On February 21, 2017, Defendant Lowe's filed a notice of Defendant's Decline to Proceed before a United States Magistrate Judge.

8. On February 22, 2017, Defendant Lowe's timely filed in the Superior Court of California, County of Tulare a Notice of Removal to Federal Court.

9. On February 24, 2017, Defendant Lowe's filed a Supplement to Notice of Removal re State Court Documents.

10. On July 25, 2017 an initial Scheduling Conference was held and the Court set trial for November 6, 2018 before the Honorable Anthony W. Ishii, District Judge of the United States District Court for the Eastern District of California.

11. Plaintiff agreed and stipulated that his damages, resulting from the alleged incident that occurred on Defendant Lowe's premises on or about January 17, 2016, that is the subject of the within action (formerly Tulare County Superior Court Case No. 266814) (hereinafter, "the litigation"), are capped at $74,999.99.

12. Plaintiff agreed and stipulated that if his damages should exceed $74,999.99, he waives the right to claim such damages as a result of the litigation.

13. Plaintiff agreed and stipulated that if his recovery of damages in the litigation should exceed $74,999.99, either by verdict or other means, he waives the right to recover any such damages in excess of $74,999.99.

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

14. Plaintiff agreed and stipulated that should any award or judgment be rendered or entered against Defendant Lowe's with damages in excess of $74,999.99, he will execute any necessary documents to reduce such award or judgment to $74,999.99 in damages and will not execute on any award or judgment in excess of $74,999.99 in damages.

15. The parties further agreed in light of their agreement to cap Plaintiff's damages at $74,999.99, the matter should be remanded to State Court.

The Court has read and considered the Joint Stipulation to Limit Plaintiff's Damages and to Remand, and finds the following:

1. Plaintiff's damages, resulting from the alleged incident that occurred on Defendant Lowe's premises on or about January 17, 2016, that is the subject of the within action (formerly Tulare County Superior Court Case No. 266814) (hereinafter, "the litigation"), are capped at $74,999.99.

2. If Plaintiff's damages should exceed $74,999.99, he waived the right to claim such damages as a result of the litigation.

3. If Plaintiff's recovery of damages in the litigation should exceed $74,999.99, either by verdict or other means, he waived the right to recover any such damages in excess of $74,999.99.

4. Should any award or judgment be rendered or entered against Defendant Lowe's with damages in excess of $74,999.99, Plaintiff shall execute any necessary documents to reduce such award or judgment to $74,999.99 in damages, and shall not execute on any award or judgment in excess of $74,999.99 in damages.

5. Plaintiff's damages are capped at $74,999.99, and the matter should be remanded to State Court.

6. Federal Case 1:17-cv-00244-AWI-BAM shall be remanded to the Superior Court of California, County of Tulare.

7. Tulare County Superior Court Case No. 266814 shall be reinstated, with trial

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

and all other dates to be set by the State Court.

8. By executing this stipulation, through his attorney, Plaintiff limited the amount in controversy, and thereby his potential recovery from this suit, to $74,999.99. Plaintiff's damages claimed, awarded, and/or received in this personal injury action shall not exceed $74,999.99, and are therefore capped at $74,999.99.

For the foregoing reasons, and all the reasons described in the Parties' Joint Stipulation to Limit Plaintiff's Damages and to Remand, and for good cause shown, IT IS HEREBY ORDERED that this action be remanded to the Superior Court of California, County of Tulare. The November 6, 2018 Trial and all other Orders of this Court made in its Order dated July 25, 2018 are hereby vacated.

IT IS SO ORDERED.

Dated: __August 8, 2018__   _____
SENIOR DISTRICT JUDGE